## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE, LLC, ) | | 3:15-CV-0375-MMD (VPC) |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| vs. ) | | August 12, 2016 |
| HIGHLAND RANCH HOMEOWNERS ASSOCIATION, et al., ) | | |
| Defendants. ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The deadline for disclosure of experts in this case has been extended twice (ECF Nos. 24 and 37). The parties were explicitly cautioned both times that there would be "no extensions" granted for "any reason" or under "any circumstance." *Id*. Despite this admonition, nine days after the final expert disclosure deadline of July 25, 2016, the parties submitted a stipulation on August 3, 2016 to extend time to make expert witness disclosures (ECF No. 39).

Plaintiff now states that it did not anticipate logistical and timing issues with respect to its initial expert report. In addition, the parties state they anticipate discovery will need to be reopened. *Id*. This continued delay has occurred despite the court additionally having advised the parties that they either needed to provide the court with a date certain for NRED mediation or file a discovery plan on March 11, 2016 (ECF No. 35). The court finds that no good cause exists to grant the stipulation for extension of time. Therefore, the stipulation to extend the deadline for disclosure of experts (ECF No. 39) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/        
Deputy Clerk