MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 182; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-00375-MMD-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S JANUARY 11, 2018 ORDER [ECF NO. 82]**<br><br>**(First Request)** |

Nationstar Mortgage, LLC (**Nationstar**), LVDG LLC Series 182 (**LVDG**), and Highland Ranch Homeowners Association (the **HOA**) stipulate as follows:

1. On January 11, 2018 this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 82.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1 report is due August 7, 2018 as a result. (*See* ECF No. 82.)

2     3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. Nationstar's counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

    4. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

Nationstar, LVDG, and the HOA respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's January 11, 2018 order, ECF No. 82, up to, through and including August 21, 2018, and grant such other and further relief as the court deems proper.

Respectfully submitted, this the 7th day of August, 2018.

| **ROGER P. CROTEAU & ASSOCIATES, LTD.** | **AKERMAN LLP** |
|---|---|
| */s/ Timothy Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 W. Post Road, Suite 100 <br> Las Vegas, NV 89148 <br> Telephone: (702) 254-7775 <br> Facsimile: (702) 228-7719 <br><br> *Attorneys for Defendant LVDG LLC Series 182* | */s/ Thera A. Cooper* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> THERA A. COOPER, ESQ. <br> Nevada Bar No. 13468 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> Telephone: (702) 634-5000 <br> Facsimile: (702) 380-8572 <br><br> *Attorneys for Plaintiff Nationstar Mortgage, LLC* |
| **KERN & ASSOCIATES, LTD** <br><br> */s/ Karen M. Ayarbe* <br> KAREN M. AYARBE, ESQ. <br> Nevada Bar No. 3358 <br> 5421 Kietzke Lane, Ste. 200 <br> Reno, NV 89511 <br> Tel: (775) 324-5930 <br> Fax: (775) 324-6173 <br><br> *Attorneys for Defendant, Highland Ranch Homeowners Association* | |

**The date to file the joint status report is extended to August 21, 2018.  IT IS SO ORDERED.**

Dated: August 8 , 2018

_____
UNITED STATES DISTRICT JUDGE