GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
LEACH KERN GRUCHOW
ANDERSON SONG
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gkern@lkglawfirm.com
Email: kayarbe@lkglawfirm.com

*Attorneys for Highland Ranch Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 3:15-CV-00375-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT HIGHLAND RANCH HOMEOWNERS ASSOCIATION TO OPPOSE PLAINTIFF NATIONSTAR MORTGAGE, LLC'S RENEWED MOTION FOR SUMMARY JUDGMENT** |
| HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 182; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| _____/ | [*First Request*] |

*IT IS HEREBY STIPULATED* between Plaintiff Nationstar Mortgage, LLC, ("Nationstar"), by and through its attorneys of record, Akerman LLP, and Defendant, Highland Ranch Homeowners Association (the "Association") by and through its counsel Leach Kern Gruchow Anderson Song, (collectively referred to as the "Parties") to extend the deadline for the Association to oppose Nationstar's Renewed Motion for Summary Judgment ("Renewed Motion" at Document 94) filed September 24, 2018.

Good cause exists to extend the deadline for the Association to file its opposition to Nationstar's Renewed Motion by four days or, from Monday, October 15, 2018 to Friday, October 19, 2018. An extension is necessary to afford the Association time to review more fully the points and authorities raised in Nationstar's Renewed Motion and to adequately respond thereto.

This is the Parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of October, 2018.          DATED this 15th day of October, 2018.

*LEACH KERN GRUCHOW*          *AKERMAN, LLP*
*ANDERSON SONG*

_/s/ Karen M. Ayarbe, Esq. _____          _/s/ Thera A. Cooper, Esq._____
KAREN M. AYARBE, ESQ.          THERA A. COOPER, ESQ.
Nevada Bar No. 3358          Nevada Bar No. 13486
5421 Kietzke Lane, Ste. 200          1160 Town Center Drive, Ste. 330
Reno, NV 89511          Las Vegas, NV 89144
Tel: (775) 324-5930          Tel: (702) 634-500
Fax: (775) 324-6173          Fax: (702) 380-8572
*Attorneys for Defendant, Highland Ranch*          *Attorney for Plaintiff*
*Homeowners Association*          *Nationstar Mortgage, LLC*

## **ORDER**

**IT IS SO ORDERED.**

DATED this 15th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*LEACH KERN GRUCHOW*
*ANDERSON SONG*

_/s/ Karen M. Ayarbe, Esq. _____
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant*
*Highland Ranch Homeowners Association*

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure 5(b), I certify that on the *15th day of October 2018*, I served via the CM/ECF electronic filing system, and in accord with Local Rule IC 4-1(b) of the United States District Court for the District of Nevada, a true and correct copy of the *STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT HIGHLAND RANCH HOMEOWNERS ASSOCIATION TO OPPOSE PLAINTIFF NATIONSTAR MORTGAGE LLC'S RENEWED MOTION FOR SUMMARY JDUGMENT [First Request]* to the attorneys associated with this case.

| | |
|---|---|
| **Thera A. Cooper** | thera.cooper@akerman.com |
| | jennifer.richardson@akerman.com |
| | erin.abugow@akerman.com |
| | akermanlas@akerman.com |
| | tracey.wayne@akerman.com |
| | |
| **Roger P. Croteau** | croteaulaw@croteaulaw.com |
| | recptionist@croteaulaw.com |
| | |
| **Vatana Lay** | vatana.lay@akerman.com |
| | jennifer.richardson@akerman.com |
| | erin.abugow@akerman.com |
| | tracey.wayne@akerman.com |
| | brieanne.siriwan@akerman.com |
| | akermanlas@akerman.com |
| | |
| **Melanie D Morgan** | melanie.morgan@akerman.com |
| | jennifer.richardson@akerman.com |
| | erin.abugow@akerman.com |
| | akermanlas@akerman.com |
| | tracey.wayne@akerman.com |
| | |
| **Timothy Rhoda** | croteaulaw@croteaulaw.com |
| | receptionist@creoteaulaw.com |
| | |
| **Ariel E. Stern** | ariel.stern@akerman.com |
| | jennifer.richardson@akerman.com |
| | erin.abugow@akerman.com |
| | darren.brenner@akerman.com |
| | akermanlas@akerman.com |
| | tracey.wayne@akerman.com |

*/s/ Christine A. Lamia*_____
An Employee of Kern & Associates, Ltd.