ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

NATIONSTAR MORTGAGE, LLC,

Plaintiff,

vs.

HIGHLAND RANCH HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No. 3:15-cv-00375-MMD-CBC

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiffs, NATIONSTAR MORTGAGE LLC, and Defendant, AIRMOTIVE INVESTMENTS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On September 24, 2018, Plaintiff filed a Renewed Motion for Summary Judgment herein [ECF #94]. Responses are presently due on October 15, 2018.

2. Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Renewed Motion for Summary

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

Judgment which have detracted from the time available prepare a response.

3. Based upon the foregoing, Defendant has requested and shall be granted an extension of time until October 22, 2018, in which to respond to the Plaintiff's Renewed Motion for Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____15th____ day of October, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant*** <br> ***Airmotive Investments, LLC*** | /s/ *Thera A. Cooper* <br> THERA A. COOPER <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> (702)634-5005 <br> (702) 380-8572 (fax) <br> thera.cooper@akerman.com <br> ***Attorney for Plaintiff*** <br> ***Nationstar Mortgage, LLC*** |

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated: October 15, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____15th____ day of October, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Melanie D Morgan
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Gayle A. Kern
Gayle A. Kern, Ltd.
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
gakltd@kernltd.com
*Attorney for Defendant*
*Highland Ranch Homeowners Association*

Vatana Lay
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
702-634-5000
702-380-8572 (fax)
vatana.lay@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Karen M. Ayarbe
Kern & Associates, Ltd.
5421 Kietzke Lane, Suite 200
Reno, NV 89511
775-324-5930
775-324-6173 (fax)
karenayarbe@kernltd.com
*Attorney for Defendant*
*Highland Ranch Homeowners Association*

Ariel E. Stern
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

6943 Chorale