MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC;<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 182; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-00375-MMD-CBC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Nationstar Mortgage LLC provides notice that Thera A. Cooper and Vatana Lay are no longer associated with the law firm of Akerman, LLP.

…

…

…

…

…

…

…

…

…

…

1

Akerman, LLP continues to serve as counsel for Nationstar Mortgage LLC. All, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. Melanie D. Morgan, Esq. and Jared M. Sechrist, Esq.

DATED April 19, 2019.

          **AKERMAN LLP**

          */s/ Jared M. Sechrist*
          MELANIE D. MORGAN, ESQ.
          Nevada Bar No. 8215
          JARED M. SECHRIST, ESQ.
          Nevada Bar No. 10439
          1635 Village Center Circle, Suite 200
          Las Vegas, Nevada 89134

          *Attorneys for Nationstar Mortgage LLC*

## COURT APPROVAL

IT IS SO ORDERED.

DATE: 4/22/2019

_____
UNITED STATES MAGISTRATE JUDGE